# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0123.  ECOLAB, INC. et al. v. MICHAEL E. COLEMAN.**

In this workers' compensation case, Ecolab, Inc. has filed a motion for permission to withdraw its application for discretionary appeal.  The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*